**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Kenneth Andre BOONE, Defendant–
Appellant.**

No. 13–6720.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 26, 2013.

Decided: July 9, 2013.

Kenneth Andre Boone, Appellant pro se. Laura Pellatiro Tayman, Assistant United States Attorney, Newport News, Virginia, for Appellee.

PER CURIAM:

Kenneth Andre Boone appeals the district court's order denying his Fed.

R.Crim.P. 36 motion.* We have reviewed the record and find no reversible error in the district court's denial of the motion. Accordingly, we affirm the denial for the reasons stated by the district court. *See United States v. Boone,* No. 2:99–cr–00116–AWA–10 (E.D.Va. Apr. 10, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

---

* Boone does not seek to appeal the district court's denial of his motions seeking relief under 28 U.S.C.A. § 2255 (West Supp.2013).